UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D-1 BRANDON ECCLESTON,<br><br>　　　　Defendant.<br>_____/ | Case: 2:23-cr-20443<br>Judge: Grey, Jonathan J.C.<br>MJ: Patti, Anthony P.<br>Filed: 07-28-2023<br><br>Violations:<br>　21 U.S.C. §§ 841(a)(1), (b)(1)(C) |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### **COUNT ONE**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
*Distribution of Methamphetamine*

Between on or about March 22, 2022 and on or about April 11, 2022, in the Eastern District of Michigan, Southern Division, the defendant, BRANDON ECCLESTON, knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION
21 U.S.C. § 853
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21 United States Code Section 853.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Brandon Eccleston shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a). Forfeiture includes, but is not limited to, the forfeiture of the defendant's interest to the United States in the following property:

Seized from 6XX Lansing Street, Jackson Michigan

- $6,961
- 3 cellular phones
- 5 digital scales

Seized from 1XX W. Euclid Street, Jackson, Michigan

- One digital scale

Substitute Assets: If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

2

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DAWN N. ISON
United States Attorney

*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent and Organized Crime Unit

*s/Andrew R. Picek*
ANDREW R. PICEK
Assistant United States Attorney

Dated: July 28, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 22-cr-20252;23-cr-20102 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Hon. Matthew F. Leitman |
| ☒ Yes  ☐ No | **AUSA's Initials:** _(signed)_ |

**Case Title:** USA v. Brandon Eccleston

**County where offense occurred:** Jackson

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ___Indictment/ ✓ Information --- **no** prior complaint.
    ___Indictment/___Information --- based upon prior complaint [**Case number:**            ]
    ___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 28, 2023
Date

Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9652
Fax:    (313) 226-5464
E-Mail address: andrew.picek@usdoj.gov
Attorney Bar #: OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.